DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ADEM H. ADEM** and **UPPER JETS MAINTENANCE, LLC,**
Appellants,

v.

**N898PA, LLC,**
Appellee.

No. 4D2025-0424

[April 23, 2026]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Carol-Lisa Phillips, Judge; L.T. Case No. 062021CA021490AXXXCE.

Seth Adam Kolton of Shendell & Pollock, P.L., Boca Raton, for appellants.

Kristin Elizabeth Marrero and Jonathan A. Ewing of Aero Law Center, Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

LEVINE, CONNER and SHEPHERD, JJ., concur.

\*        \*        \*

***Not final until disposition of timely-filed motion for rehearing.***